## Case 16-2015-CA-000377-XXXX-MA

| Department | Circuit Civil | Division | CV-E |
|---|---|---|---|
| Case Status | OPEN | File Date | 1/21/2015 1:04:13 PM |
| Judge Name | DANIEL, JAMES H. | Officer | |
| Private Attorney | Leopold, Theodore Jon | | |

### Parties

| Name / DOB / DL / ID # | Party Type Race / Sex | Address |
|---|---|---|
| PATRICIA MINCEY | PLAINTIFF / | 2925 PGA BOULEVARD SUITE 200 PALM BEACH GARDENS, FL33410 |
| HONDA MOTOR COMPANY, LTD | DEFENDANT / B | 2-1-1 MINAMI-AOYAMA TOKYO |
| AMERICAN HONDA MOTOR CO | DEFENDANT / | 1200 S. PINE ISLAND ROAD PLANTATION, FL33324 |
| HONDA R&D, CO., LTD. | DEFENDANT / | 1-4-1 CHUO WAKO |
| HONDA OF AMERICA MFG, INC. | DEFENDANT / | 2400 HONDA PARKWAY MARYSVILLE, OH43040 |
| TAKATA CORPORATION | DEFENDANT / | 12-31 AKASAKA TOKYO |
| TK HOLDINGS | DEFENDANT / | 1201 HAYS STREET TALLAHASSEE, FL32301 |
| HIGHLAND INDUSTRIES, INC. | DEFENDANT / | 1350 BRIDGEPORT DRIVE SUITE 1 KERNERSVILLE, NC27284 |
| DUVAL MOTORS OF JACKSONVILEE, LLC | DEFENDANT / | 701 RIVERSIDE PARK PLACE SUITE 310 JACKSONVILLE, FL32204 |

### Attorneys

| Name | Address | Type |
|---|---|---|
| Leopold, Theodore Jon | 2925 PGA Blvd Ste 200  Palm Beach Gardens, FL334102909 | PrivateAttorney |
| Kissane, Daniel John | 4686 Sunbeam Rd  Jacksonville, FL322576189 | PrivateAttorney |
| Kissane, Daniel John | 4686 Sunbeam Rd  Jacksonville, FL322576189 | PrivateAttorney |
| Begey, Michael Daniel | PO Box 1873  Orlando, FL328021873 | PrivateAttorney |
| Kirk, William Lee | PO Box 1873  Orlando, FL328021873 | PrivateAttorney |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 01/23/2015 | SUMMONS($10/ea) | $10.00 | $10.00 | $0.00 |

| 01/23/2015 | SUMMONS($10/ea) | $10.00 | $10.00 | $0.00 |
| 01/23/2015 | SUMMONS($10/ea) | $10.00 | $10.00 | $0.00 |
| 06/15/2015 | CIR/ATTY APPEARING PRO HAC VICE | $100.00 | $100.00 | $0.00 |
| 06/15/2015 | CIR/ATTY APPEARING PRO HAC VICE | $100.00 | $100.00 | $0.00 |
| 01/23/2015 | SUMMONS($10/ea) | $10.00 | $10.00 | $0.00 |
| 01/23/2015 | SUMMONS($10/ea) | $10.00 | $10.00 | $0.00 |
| 01/23/2015 | CIR/ADDL DEFENDANT FEE @$2.50ea | $7.50 | $7.50 | $0.00 |
| 01/23/2015 | CIR/GENERALCIVIL 3/1/2012 | $401.00 | $401.00 | $0.00 |
| 01/23/2015 | SUMMONS($10/ea) | $10.00 | $10.00 | $0.00 |
| 01/23/2015 | SUMMONS($10/ea) | $10.00 | $10.00 | $0.00 |
| 01/23/2015 | SUMMONS($10/ea) | $10.00 | $10.00 | $0.00 |

## Dockets

| Line | Count | Effective / Entered | Description | Image |
|---|---|---|---|---|
| 1 | -- | 1/21/2015 / 1/23/2015 | COVER SHEET | Request / View on request |
| 2 | -- | 1/21/2015 / 1/23/2015 | COMPLAINT | Request / View on request |
| 3 | -- | 1/21/2015 / 1/23/2015 | SUMMONS ISSUED HIGHLAND INDUSTRIES, INC | Request / View on request |
| 4 | -- | 1/21/2015 / 1/23/2015 | SUMMONS ISSUED HONDA R&D CO., LTD | Request / View on request |
| 5 | -- | 1/21/2015 / 1/23/2015 | SUMMONS ISSUED TAKATA CORPORATION | Request / View on request |
| | | 1/21/2015 | | Request |

| # | | Date | Description | Access |
|---|---|---|---|---|
| 6 | -- | 1/23/2015 | SUMMONS ISSUED HONDA OF AMERICA MFG., INC. | View on request |
| 7 | -- | 1/21/2015<br>1/23/2015 | SUMMONS ISSUED HONDA MOTOR COMPANY, LTD | Request<br>View on request |
| 8 | -- | 1/21/2015<br>1/23/2015 | SUMMONS ISSUED AMERICAN HONDA MOTOR CO., INC. | Request<br>View on request |
| 9 | -- | 1/21/2015<br>1/23/2015 | SUMMONS ISSUED DUVAL MOTORS OF JACKSONVILLE, LLC F/K/A DUVAL HONDA, LLC. | Request<br>View on request |
| 10 | -- | 1/21/2015<br>1/23/2015 | SUMMONS ISSUED TK HOLDINGS, INC. | Request<br>View on request |
| 11 | -- | 1/21/2015<br>1/23/2015 | PRODUCTS LIABILITY | |
| 12 | -- | 1/23/2015<br>1/23/2015 | CASE FEES PAID: $488.50 ON RECEIPT NUMBER 2305972 | Available<br>Public Access |
| 13 | -- | 1/23/2015<br>1/23/2015 | DEMAND FOR JURY TRIAL | |
| 14 | -- | 2/5/2015<br>2/5/2015 | MOTION TO APPOINT SPECIAL PROCESS SERVER / PLAINTIFF / ATTY | Request<br>View on request |
| 15 | -- | 2/10/2015<br>2/11/2015 | SUMMONS RETURNED INDICATING SERVICE ON TK HOLDINGS, INC BY SERING REGISTERED AGENT CORPORATION SERVICE COMPANY 2.4.15 @ 2:30PM | Available<br>Public Access |
| 16 | -- | 2/10/2015<br>2/11/2015 | SUMMONS RETURNED INDICATING SERVICE ON DUVAL MOTORS OF JACKSONVILLE LLC, F/K/A DUVAL HONDA LLC 2.5.15 @ 1:46PM | Available<br>Public Access |
| 17 | -- | 2/10/2015<br>2/11/2015 | SUMMONS RETURNED INDICATING SERVICE ON HONDA OF AMERICA MFG., INC.,2.6.15 @ 11:20AM | Available<br>Public Access |
| 18 | -- | 2/17/2015<br>2/18/2015 | SUMMONS RETURNED INDICATING SERVICE AMERICAN HONDA MOTOR CO. 02/06/2015 | Available<br>Public Access |
| 19 | -- | 2/17/2015<br>2/18/2015 | RETURN OF SERVICE ON SUMMONS HIGHLAND INDUSTRIES INC SERVED 02/09/2015 | Request<br>View on request |

| | | | | |
|---|---|---|---|---|
| 20 | -- | 2/20/2015<br>2/24/2015 | ORDER APPOINTING PROCESS SERVER | Request 🔒 View on request |
| 21 | -- | 2/24/2015<br>2/25/2015 | MOTION TO DISMISS (TK HOLDINGS INC'S) PLTF'S COMPLAINT, WITH INCORPORATED MEMORANDUM OF LAW | Request 🔒 View on request |
| 22 | -- | 2/25/2015<br>2/25/2015 | MOTION TO DISMISS COMPLAINT(DUVAL MOTOR'S) | Request 🔒 View on request |
| 23 | -- | 2/26/2015<br>2/26/2015 | NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATION OF E-MAIL ADDRESSES - COLE SCOT & KISSANE, P.A. FOR DEFENDANT, AMERICAN HONDA MOTOR CO., INC | Request 🔒 View on request |
| 24 | -- | 2/26/2015<br>2/26/2015 | MOTION TO DISMISS OR STRIKE PLAINTIFF'S COMPLAINT AND SUPPORTING MEMORANDUM OF LAW (DEFENDANT, AMERICAN HONDA MOTOR CO., INC) | Request 🔒 View on request |
| 25 | -- | 3/2/2015<br>3/3/2015 | NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATION OF E-MAIL ADDRESSES | Request 🔒 View on request |
| 26 | -- | 3/2/2015<br>3/3/2015 | MOTION TO DISMISS PLTF'S COMPLAINT W/INCORPORATED MEMORANDUM OF LAW | Request 🔒 View on request |
| 27 | -- | 3/4/2015<br>3/4/2015 | MOTION TO DISMISS OR STRIKE PLTF. COMPLAINT AND SUPPORTING MEMORANDUM OF LAW (DEFT. HONDA OF AMERICA MFG., INC.) | Request 🔒 View on request |
| 28 | -- | 3/18/2015<br>3/19/2015 | NOTICE OF APPEARANCE OF COUNSEL (SPECIAL)/DEFT. TAKATA CORP. - RUMBERGER, KIRK,& CALDWELL | Request 🔒 View on request |
| 29 | -- | 3/18/2015<br>3/19/2015 | NOTICE OF DESIGNATING PRIMARY EMAIL ADDRESS FOR THE SERVICE OF PLEADINGS AND PAPERS - BKIRK@RUMBERGER.COM | Request 🔒 View on request |
| 30 | -- | 3/19/2015<br>3/19/2015 | REQUEST FOR ADMISSIONS TO PLAINTIFF (DEFENDANT'S) | Request 🔒 View on request |
| 31 | -- | 4/10/2015<br>4/10/2015 | REQUEST TO PRODUCE TO AMERICAN HONDA MOTOR COMPANY INC DATED 04/10/2015 (PLAINTIFF'S) | Request 🔒 View on request |

| # | | Date | Description | |
|---|---|---|---|---|
| 32 | -- | 4/10/2015 4/10/2015 | REQUEST TO PRODUCE TO HONDA OF AMERICA MFG INC DATED 04/10/2015 (PLAINTIFF'S) | Request View on request |
| 33 | -- | 4/10/2015 4/10/2015 | REQUEST TO PRODUCE TO DUVAL MOTORS OF JACKSONVILLE LLC DATED 04/10/2015 (PLAINTIFF'S) | Request View on request |
| 34 | -- | 4/10/2015 4/10/2015 | REQUEST TO PRODUCE TO DEFENDANT TK HOLDINGS INC DATED 04/10/2015 (PLAINTIFF'S) | Request View on request |
| 35 | -- | 4/10/2015 4/10/2015 | REQUEST TO PRODUCE TO DEFENDNAT HIGHLAND INDUSTRIES INC DATED 04/1/02015 (PLAINTIFF'S) | Request View on request |
| 36 | -- | 4/10/2015 4/10/2015 | NOTICE OF SERVICE OF RESPONSES TO DEFENDNAT, AMERICAN HONDA MOTOR CO INC'SINTERROGATORIES SERVED CONTEMPORANOEUSLY WITH DEFENDNAT'S REQUEST FOR ADMISSIONS ON 03/19/2015 (PLAINTIFF'S) | Request View on request |
| 37 | -- | 4/10/2015 4/10/2015 | RESPONSE TO REQUEST FOR ADMISSIONS (PLAINTIFF'S) | Request View on request |
| 38 | -- | 4/10/2015 4/10/2015 | NOTICE OF SERVICE OF INTERROGATORIES ON DEFENDNAT DUVAL MOTORS OF JACKSONVILLE LLC DATED 04/10/2015 (PLAINTIFF'S) | Request View on request |
| 39 | -- | 4/10/2015 4/10/2015 | NOTICE OF SERVICE OF INTERROGATORIES ON DEFENDANT HONDA OF AMERICA MFG INC DATED 04/10/2015 (PLAINTIFF'S) | Request View on request |
| 40 | -- | 4/10/2015 4/10/2015 | NOTICE OF SERVICE OF INTERROGATORIES ON DEFENDNAT HONDA MOTOR COMPANY DATED 04/10/2015 (PLAINTIFF'S) | Request View on request |
| 41 | -- | 4/16/2015 4/17/2015 | NOTICE OF ANSWERS TO INTERROGATORIES FOR DUVAL MOTORS OF JACKSONVILLE, LLC | Request View on request |
| 42 | -- | 4/16/2015 4/17/2015 | REQUEST TO PRODUCE TO DEFT. TAKATA CORPORATION DATED 4/16/15/ATTY FOR PLTF | Request View on request |
| 43 | -- | 4/16/2015 4/20/2015 | NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATION OF E-MAIL ADDRESSES (DEFENDANT'S) | Request View on request |

| | | | | |
|---|---|---|---|---|
| 44 | -- | 5/1/2015<br>5/3/2015 | MOTION FOR A SPEEDY TRIAL (PLAINTIFF'S) | Request 🔒 View on request |
| 45 | -- | 5/6/2015<br>5/7/2015 | RESPONSE TO REQUEST TO PRODUCE TO PLAINTIFF DATED ON APRIL 10, 2015 FROM DUVAL HONDA / ATTY | Request 🔒 View on request |
| 46 | -- | 5/8/2015<br>5/8/2015 | MOTION TO DISMISS OR STRIKE PLTFS COMPLAINT AND SUPPORTING MEMORANDUM OF LAW (DEFTS) | Request 🔒 View on request |
| 47 | -- | 5/8/2015<br>5/8/2015 | REQUEST FOR COPIES - DEFENDANTS TK HOLDINGS INC AND HIGHLAND INDUSTRIES, INC | Request 🔒 View on request |
| 48 | -- | 5/8/2015<br>5/8/2015 | NOTICE OF SERVICE OF EXPERT EITNESS INTERROGATORIES TO PLTF | Request 🔒 View on request |
| 49 | -- | 5/8/2015<br>5/8/2015 | NOTICE OF SERVICE OF INTERROGATORIES TO PLAINTIFF, PATRICIA MINCEY, BY AND THE THROUGH KELLY SIMS, ATTY-IN-FACT | Request 🔒 View on request |
| 50 | -- | 5/11/2015<br>5/11/2015 | MOTION TO DISMISS OR TO STRIKE PLAINTIFF'S COMPLAINT AND SUPPORTING MEMORANDUM OF LAW (DEFENDANT HONDA MOTOR CO., LTD AMENDED) | Request 🔒 View on request |
| 51 | -- | 5/11/2015<br>5/12/2015 | REQUEST FOR COPIES | Request 🔒 View on request |
| 52 | -- | 5/15/2015<br>5/15/2015 | RESPONSE TO REQUEST TO PRODUCE (DEFT'S) | Request 🔒 View on request |
| 53 | -- | 5/15/2015<br>5/15/2015 | REQUEST FOR COPIES (DEFT'S) | Request 🔒 View on request |
| 54 | -- | 5/15/2015<br>5/15/2015 | INTERROGATORIES TO DEFENDANT AMERICAN HONDA MOTOR CO., INC., DATED MAY 15, 2015 (PLAINTIFF'S) | Request 🔒 View on request |
| 55 | -- | 5/15/2015<br>5/15/2015 | REQUEST TO PRODUCE TO AMERICAN HONDA MOTOR CP., INC., DATED MAY 15, 2015 (PLAINTIFF'S) | Request 🔒 View on request |

| # | | Date | Description | Status |
|---|---|---|---|---|
| 56 | -- | 5/18/2015<br>5/18/2015 | NOTICE OF TAKING DEPOSITION DEF AMERICAN HONDA MOTOR CO. INC'S DEPOSITIONS | Request 🔒 View on request |
| 57 | -- | 5/18/2015<br>5/18/2015 | NOTICE OF TAKING DEPOSITION DEF AMERICAN HONDA MOTOR CO, INC., NOTICE TO TAKE DEPOSITIONS: DOROTHY O'SULLIVAN JULY 7, 2015 10:00AM COLE, SCOTT & KISSANE, P.A. 4686 SUNBEAM RD. JACKSONVILLE, FL (904) 672 4000/RAYMOND BODEN JULY 7, 2015 11:00AM SAME PLACE | Request 🔒 View on request |
| 58 | -- | 5/18/2015<br>5/18/2015 | REQUEST FOR COPIES TO PLTFF | Request 🔒 View on request |
| 59 | -- | 5/18/2015<br>5/21/2015 | NOTICE OF VOLUNTARY DISMISSAL OF ONLY DEFT. HIGHLAND INDUSTRIES, INC. (PLTF.) | Available 📄 Public Access |
| 60 | -- | 5/18/2015<br>5/21/2015 | NOTICE OF VOLUNTARY DISMISSAL OF ONLY DEFENDANTS HONDA MOTOR COMPANY, LTD., AND HONDA R & D CO., LTD. (PLTF.) | Available 📄 Public Access |
| 61 | -- | 5/19/2015<br>5/19/2015 | NOTICE OF PRODUCTION FROM NON-PARTY R/C JACKSONVILLE FIRE RESCUE DEPT ET AL 05/19/2015 | Request 🔒 View on request |
| 62 | -- | 5/19/2015<br>5/20/2015 | REQUEST FOR COPIES IN RESPONSE TO INTERROGATORIES PROPOUNDED TO AMERICAN HONDA MOTOR CO./ATTYS FOR DEFT. TK HOLDINGS | Request 🔒 View on request |
| 63 | -- | 5/20/2015<br>5/21/2015 | REQUEST FOR COPIES DIRECTED TO COUNSEL FOR DEFT. TK HOLDINGS/ATTY FOR DEFT. AMERICAN HONDA MOTOR CO. | Request 🔒 View on request |
| 64 | -- | 5/22/2015<br>5/26/2015 | ANSWER DEF TK HOLDINGS INC.'S ANSWER TO PLTF'S COMPLAINT | Request 🔒 View on request |
| 65 | -- | 5/22/2015<br>5/26/2015 | ANSWER DEF TA;ATA CORPORATIN'S ANSWER TO PLTF'S COMPLAINT | Request 🔒 View on request |
| 66 | -- | 5/22/2015<br>5/26/2015 | RESPONSE TO REQUEST TO PRODUCE DEF TAKATA CORPORATION'S RESPONSES TO PLAINTIFF'S REQUESTS TO PRODUCE DATED APR 16, 2015 | Request 🔒 View on request |
| 67 | -- | 5/27/2015<br>5/28/2015 | MOTION TO STAY NON-CASE SPECIFIC DISCOVERY AND MOTIONTO COORDINATE DISCOVERY WITH RELATED PROCEEDINGS | Request 🔒 View on request |
| | | | | Request |

| # | | Date | Description | |
|---|---|---|---|---|
| 68 | -- | 5/28/2015<br>5/28/2015 | NOTICE OF FILING THE ATTACHED NOTICE OF STATUS CONFERENCE. | 🔒<br>View on request |
| 69 | -- | 5/28/2015<br>5/29/2015 | NOTICE OF SERVING PROPOSAL FOR SETTLEMENT (DEFTS) | Request<br>🔒<br>View on request |
| 70 | -- | 5/29/2015<br>5/29/2015 | ANSWER AND AFFIRMATIVE DEFENSES (HONDA OF AMERICA MFG, INC'S) | Request<br>🔒<br>View on request |
| 71 | -- | 5/29/2015<br>5/29/2015 | ANSWER AND AFFIRMATIVE DEFENSES (AMERICAN HONDA MOTOR, CO INC'S) | Request<br>🔒<br>View on request |
| 72 | -- | 5/29/2015<br>5/29/2015 | PETITION FOR APPROVAL OF ATTORNEY'S FEES | Request<br>🔒<br>View on request |
| 73 | -- | 5/29/2015<br>5/29/2015 | NOTICE OF HEARING 5/23/2015 11:00 AM | Request<br>🔒<br>View on request |
| 74 | -- | 5/29/2015<br>5/29/2015 | REQUEST FOR COPIES (PLTFS) | Request<br>🔒<br>View on request |
| 75 | -- | 5/29/2015<br>5/29/2015 | NOTICE OF HEARING 6/23/2015 @ 11:00 AM RM 737 | Request<br>🔒<br>View on request |
| 76 | -- | 6/2/2015<br>6/3/2015 | MOTION FOR PROTECTIVE ORDER(PLTF PATRICIA MINCEY) | Request<br>🔒<br>View on request |
| 77 | -- | 6/4/2015<br>6/4/2015 | NOTICE OF HEARING (RE NOTICE) 6/22/15 AT 11AM RM 737 | Request<br>🔒<br>View on request |
| 78 | -- | 6/4/2015<br>6/4/2015 | NOTICE OF JOINDER IN DEFENDANT AMERICAN JONDA MOTOR CO INCS MOTION TO STAY NON CASE SPECIFIC DISCOVERY AND MOTION TO COORDINATE-DEFENDANT TAKATA CORPORATIONS | Request<br>🔒<br>View on request |
| 79 | -- | 6/4/2015<br>6/4/2015 | NOTICE OF JOINDER IN DEFENDANT AMERICAN JONDA MOTOR CO INCS MOTION TO STAY NON CASE SPECIFIC DISCOVERY AND MOTION TO COORDINATE-DEFENDANT TK HOLDINGS INCS | Request<br>🔒<br>View on request |
| | | | | Request |

| | | | | |
|---|---|---|---|---|
| 80 | -- | 6/8/2015<br>6/8/2015 | ORDER GRANTING PETITION FOR APPROVAL OF FEE CONTRACT BOOK 17191 PAGE 2262-2262 | 🔒 View on request |
| 81 | -- | 6/8/2015<br>6/8/2015 | NOTICE OF COMPLIANCE WITH REQUEST FOR COPIES (DEFT DUVAL HONDA'S) | Request 🔒 View on request |
| 82 | -- | 6/9/2015<br>6/10/2015 | NOTICE OF ANSWERS TO INTERROGATORIES -HONDA OF AMERICA MFG INC'S | Request 🔒 View on request |
| 83 | -- | 6/9/2015<br>6/10/2015 | RESPONSE TO REQUEST TO PRODUCE -HONDA OF AMERICA MFG INC'S | Request 🔒 View on request |
| 84 | -- | 6/9/2015<br>6/10/2015 | NOTICE OF SERVING ANSWERS TO INTERROGATORIES -AMERICAN HONDA MOTOR CO INC'S | Request 🔒 View on request |
| 85 | -- | 6/9/2015<br>6/10/2015 | RESPONSE TO REQUEST TO PRODUCE -AMERICAN HONDA MOTOR COMPANY INC'S | Request 🔒 View on request |
| 86 | -- | 6/9/2015<br>6/10/2015 | REQUEST FOR COPIES | Request 🔒 View on request |
| 87 | -- | 6/9/2015<br>6/10/2015 | NOTICE OF SERVING ANSWERS TO INTERROGATORIES (PLTFS) | Request 🔒 View on request |
| 88 | -- | 6/9/2015<br>6/10/2015 | NOTICE OF SERVING ANSWERS TO INTERROGATORIES (PLTFS) | Request 🔒 View on request |
| 89 | -- | 6/9/2015<br>6/10/2015 | RESPONSE TO REQUEST TO PRODUCE (PLTFS) | Request 🔒 View on request |
| 90 | -- | 6/10/2015<br>6/10/2015 | NOTICE OF COMPLIANCE WITH REQUEST FOR COPIES -DUVAL HONDA'S | Request 🔒 View on request |
| 91 | -- | 6/12/2015<br>6/12/2015 | NOTICE OF TAKING DEPOSITION (DEFENDNAT'S) ON 07/07/2015 AT 9 AM OF DOROTHY O'SULLIVAN, AT 11 AM OF RAYMOND BODEN, AT 12 PM OF ALCIDES ANDRADE, AT 1 PM OF MELISSA LOVEJOY, AND AT 2 PM OF TYLER WAYNE HYATT | Request 🔒 View on request |
| | | | | Request |

| # | | Date | Description | Status |
|---|---|---|---|---|
| 92 | -- | 6/12/2015<br>6/15/2015 | MOTION TO APPEAR PRO HAC VICE (JOEL H SMITH, ESQ.) | 🔒 View on request |
| 93 | -- | 6/12/2015<br>6/15/2015 | MOTION TO APPEAR PRO HAC VICE (BENJAMIN R BARNETT, ESQ.) | Request 🔒 View on request |
| 94 | -- | 6/15/2015<br>6/15/2015 | CASE FEES PAID: $100.00 ON RECEIPT NUMBER 2417622 | Available 📄 Public Access |
| 95 | -- | 6/15/2015<br>6/15/2015 | CASE FEES PAID: $100.00 ON RECEIPT NUMBER 2417626 | Available 📄 Public Access |
| 96 | -- | 6/15/2015<br>6/15/2015 | RESPONSE (PLAINTIFFS) IN OPPOSITION TO DUVAL MOTORS OF JACKSONVILLES MOTION TO DISMISS | Request 🔒 View on request |
| 97 | -- | 6/15/2015<br>6/15/2015 | RESPONSE (PLAINTIFFS) IN OPPOSITION TO DEFT'S MOTION TO STAY | Request 🔒 View on request |
| 98 | -- | 6/15/2015<br>6/15/2015 | MEMORANDUM IN SUPPORT OF (PLAINTIFFS) IN SUPPORT OF MOTION FOR ENTRY OF PROTECTIVE ORDER | Request 🔒 View on request |
| 99 | -- | 6/16/2015<br>6/16/2015 | AFFIDAVIT IN OPPOSITION TO AMERICAN HONDA MOTOR CO., INC.'S OPPOSITON TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER | Request 🔒 View on request |
| 100 | -- | 6/16/2015<br>6/17/2015 | MEMORANDUM IN SUPPORT OF MOTION TO COORDINATRE DISCOVERY WITH RELATED PROCEEDINGS- AMERICAN HONDA MOTOR CO INC'S | Request 🔒 View on request |
| 101 | -- | 6/16/2015<br>6/17/2015 | RESPONSE - DEFTS TK HOLDINGS INC'S & TAKATA CORPORATION'S OPPOSITION TO PLTFS MTN FOR ENTRY OF PROTECTIVE ORDER | Request 🔒 View on request |
| 102 | -- | 6/16/2015<br>6/17/2015 | NOTICE OF FILING (PLTFF'S) CORRECTED "EXHIBIT B" TO RESPONSE IN OPPOSITION TO DEFTS' MOTION TO STAY NON-CASE SPECIFIC DISCOVERY AND MOTION TO COORDINATE DISCOVERY WITH RELATED PROCEEDING | Request 🔒 View on request |
| 103 | -- | 6/17/2015<br>6/17/2015 | RESPONSE IN OPPOSITION TO PLAINTIFFS MOTION FOR A SPEEDY TRIAL- TK HOLDING INC'S AND TAKATA CORPORATION'S | Request 🔒 View on request |
| 104 | -- | 6/17/2015 | NOTICE OF FILING CORRECTED "COMPOSITE EXHIBIT B" TO ITS OPPOSITION TO | Request 🔒 |

| | | | |
|---|---|---|---|
| | | 6/18/2015 | PLAINTIFF'S MOTION FOR SPEEDY TRIAL | View on request |
| 105 | -- | 6/17/2015 6/18/2015 | NOTICE OF FILING IN SUPPORT OF HER RESPONSE IN OPPOSITION TO DEFT'S MOTION TO STAY NNON-CASE SPECIFIC DISCOVERY AND MOTION TO COORDINATE DISCOVERY WITH RELATED PROCEEDINGS | Request 🔒 View on request |
| 106 | -- | 6/17/2015 6/18/2015 | MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLTF'S OPPOSITION TO DEFT'S MOTION TO STAY NON CASE SPECIFIC DISCOVERY AND MOTION TO COORDINATED DISCOVERY WITH RELATED PROCEEDINGS | Request 🔒 View on request |
| 107 | -- | 6/17/2015 6/19/2015 | ORDER (AGREED) GRANTING VERIFIED MTN FOR PERMISSION TO APPEAR PRO HAC VICE OF BENJAMIN R. BARNETT | Request 🔒 View on request |
| 108 | -- | 6/18/2015 6/18/2015 | NOTICE OF FILING PLAINTIFF'S, AND ADOPTING TAKATA STATE COURT PLAINTIFFS COALITION'S AMICUS CURIAE BRIEF | Request 🔒 View on request |
| 109 | -- | 6/18/2015 6/22/2015 | ORDER GRANTING VERIFIED MTN FOR ADMISSION PRO HAC VICE FOR JOEL H. SMITH, ESQ/AM. HONDA MOTOR CO. | Request 🔒 View on request |
| 110 | -- | 6/19/2015 6/19/2015 | MEMORANDUM OF LAW IN SUPPORT OF DUVAL MOTORS' MOTION TO DISMISS COMPLAINT | Request 🔒 View on request |
| 111 | -- | 6/19/2015 6/19/2015 | NOTICE OF JOINDER IN DEFENDANTS TK HOLDINGS INC'S AND TAKATA CORP'S OPPOSITION TO PLAINTIFF'S MOTION FOR A SPEEDY TRIAL (DEFENDANT'S) | Request 🔒 View on request |
| 112 | -- | 6/19/2015 6/19/2015 | NOTICE OF DEFENDANT AMERICAN HONDA MOTOR CO INC'S OPPOSITION TO NON PARTY "STATE COURT PLAINTIFF'S COALITION'S" AMICUS BRIEF IN OPPOSITION TO COORDINATION WITH RELATED PROCEEDINGS | Request 🔒 View on request |
| 113 | -- | 6/22/2015 6/22/2015 | NOTICE OF INTENT TO SERVE SUBPOENA (NON PARTY PRODUCTION (DEFANDANTS') | Request 🔒 View on request |
| 114 | -- | 6/22/2015 6/23/2015 | ORDER GRANTING MOTION (DEFT. DUVAL MOTOR'S), TO DISMISS | Request 🔒 View on request |
| 115 | -- | 6/22/2015 6/23/2015 | ORDER SCHEDULING CASE MANAGEMENT CONFERENCE 7/8/15 AT 3:30P | Request 🔒 View on request |
| 116 | -- | 6/24/2015 | REQUEST FOR COPIES REGARDING DEFT, AMERICAN HONDA MOTOR CO INC'S NOTICE OF | Request |

| | | 6/25/2015 | INTENT TO SERVE NON PARTY PRODUCTION SUBPOENAS DATED 06/22/15 | 🔒<br>View on request |
| --- | --- | --- | --- | --- |
| 117 | -- | 6/25/2015<br>6/25/2015 | AMENDED COMPLAINT | Request Processing<br>🔒<br>View on request |
| 118 | -- | 6/26/2015<br>6/28/2015 | NOTICE OF HEARING (PLAINTIFFS) ON 7/8/15 AT 3:30PM RM 737 | Request<br>🔒<br>View on request |
| 119 | -- | 6/26/2015<br>6/28/2015 | MOTION 9PLAINITFFS) FOR DISASSEMBLY OF THE SUBJECT RECALLED AIRBAG AND INFLATOR | Request<br>🔒<br>View on request |
| 120 | -- | 6/30/2015<br>6/30/2015 | MOTION FOR PROTECTIVE ORDER TO PREVENT SPOLIATION OF EVIDENCE AND MEMORANDUM OF LAW IN SUPPORT (DEFENDANT'S) | Request<br>🔒<br>View on request |
| 121 | -- | 7/1/2015<br>7/2/2015 | REQUEST FOR COPIES (DEFT DUVAL HONDA LLC'S) | Request<br>🔒<br>View on request |
| 122 | -- | 7/1/2015<br>7/2/2015 | NOTICE OF DESIGNATING PRIMARY EMAIL ADDRESS FOR THE SERVICE OF PLEADINGS AND PAPERS | Request<br>🔒<br>View on request |
| 123 | -- | 7/3/2015<br>7/3/2015 | NOTICE OF TAKING DEPOSITION (S)ON 7/7/15 OF DOROTHY O'SULLIVAN 9AM; RAYMOND BODEN 11AM; TYLER WAYNE HYATT 12PM; MELISSA LOVEJOY 1PM | Request<br>🔒<br>View on request |
| 124 | -- | 7/6/2015<br>7/7/2015 | MOTION TO DISMISS AMENDED COMPLAINT & INCORPORATED MEMORANDUM OF LAW | Request<br>🔒<br>View on request |
| 125 | -- | 7/6/2015<br>7/7/2015 | ANSWER AND AFFIRMATIVE DEFENSES FOR DEFT TAKATA CORPORATIONS | Request<br>🔒<br>View on request |
| 126 | -- | 7/6/2015<br>7/7/2015 | ANSWER AND AFFIRMATIVE DEFENSES FOR DEFT HOLDINGS INC. | Request<br>🔒<br>View on request |